United States District Court
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 30 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Lilian Ferreras De Jesus.
**Plaintiff,**

v

**Case Number:**

1:26-cv-03595
AT-RDC

Woodgrain Inc.
**Defendant,**

Please change address from current
Lilian Ferreras De Jesus
to: 1495 Duluth Hwy. Ste. F # 1421
Lawrenceville, G.A. 30043.